# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN J. HIGGINS,<br><br>　　　　　Defendant. | Case No.  1:16-po-00080-SAB<br><br>ORDER DIRECTING CENTRAL VIOLATIONS BUREAU TO REFUND OVERPAYMENT TO DEFENDANT |

　　　　On May 19, 2016, Defendant was ordered to pay a $250.00 fine and a $25.00 processing fee for a total financial obligation of $275.00 on citation 4698858/CA74.  On that same date, Defendant was also ordered to pay a $250.00 fine and a $25.00 processing fee for a total financial obligation of $275.00 on citation 4698860/CA74.  On each citation, Defendant was ordered to pay monthly payments of $55.00 commencing on June 15, 2015, and payable each month thereafter by the fifteenth of the month until paid in full.

　　　　On June 15, 2016, Defendant paid $55.00 on each citation.  On July 26, 2016, Defendant paid $55.00 on each citation.  On August 17, 2016, Defendant paid $110.00 on citation 4698860/CA74.  On September 21, 2016, Defendant paid $55.00 on each citation.  On October 18, 2016, Defendant paid $110.00 on citation 4698858/CA74.  On November 16, 2016, Defendant paid $55.00 on each citation.  Therefore, Defendant paid a total of $330.00 on each citation, which is an overpayment of $55.00 on each citation.  Defendant should be refunded

$55.00 on citation 4698858/CA74 and $55.00 on citation 4698860/CA74.

     Accordingly, the Central Violations Bureau is HEREBY DIRECTED to refund $55.00 on citation 4698858/CA74 and $55.00 on citation 4698860/CA74 to Defendant.

IT IS SO ORDERED.

Dated:   **March 9, 2017**

UNITED STATES MAGISTRATE JUDGE